In the Matter of DAVID R. KNOLL, an Attorney, Respondent.

Fourth Department, July 14, 1992

### APPEARANCES OF COUNSEL

*Gerard M. LaRusso (Vincent L. Scarsella* of counsel), for Office of Grievance Committees.

*Harold J. Boreanaz* for respondent.

### OPINION OF THE COURT

Per Curiam.

On March 2, 1992, in the United States District Court for

the Western District of New York, at Buffalo, the respondent was convicted, upon a jury verdict, of filing false statements in a bankruptcy proceeding and making a false statement to the Department of Justice in violation of 18 USC §§ 152 and 1001.

We find that the Federal felonies are essentially similar to New York Penal Law § 175.35, offering a false instrument for filing in the first degree, a class E felony. Both the Federal statute and the New York statute require presentation of a false instrument to a branch of government, knowing the instrument to be false, with the intent to defraud the government *(see, Matter of Bejasa,* 165 AD2d 397; *Matter of Connery,* 157 AD2d 12; *see generally, Matter of Johnston,* 75 NY2d 403).

Pursuant to Judiciary Law § 90 (4) (a) and (e), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony *(see, Matter of Napoli,* 177 AD2d 135). Accordingly, respondent's name is stricken from the roll of attorneys and counselors-at-law.

BOOMER, J. P., PINE, BALIO, LAWTON and BOEHM, JJ., concur.

Order of disbarment entered pursuant to Judiciary Law § 90 (4) (a), (e).